455 A.2d 1239

Domino, Inc., Appellant v. City of Pittsburgh.

Reargument Denied March 4, 1983.

Petition for Allowance of Appeal
Denied June 2, 1983.

Argued April 29, 1981. John T. Bender, for

632

appellant; Dante R. Pellegrini, Deputy City Solicitor, for appellee.

Before CERCONE, P.J., BROSKY and HOFFMAN, JJ.

The order of the lower court is affirmed.